IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DR. UDAY S. UTHAMAN, | § | |
| | § | |
| Plaintiff Below, | § | No. 570, 2014 |
| Appellant, | § | |
| | § | Court Below: |
| v. | § | |
| | § | Court of Chancery of the |
| FAIR HILL, L.P., a Delaware | § | State of Delaware |
| Limited Partnership, | § | |
| | § | C.A. No. 9135-VCG |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: June 10, 2015
Decided: June 11, 2015

Before **HOLLAND**, **VALIHURA** and **VAUGHN**, Justices.

## **O R D E R**

This 11th day of June 2015, the Court, having considered this matter on the briefs and the oral arguments of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Order and Bench Decision of September 4, 2014;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:


/s/ Karen L. Valihura
Justice